## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**DAVID BRIAN MORGAN,**

    **Petitioner,**

**v.**                                        **Case No. 1:26cv24-MCR-HTC**

**UNITED STATES OF AMERICA,**
**FEDERAL BUREAU OF PRISONS,**

    **Respondents.**
_____/

## **O R D E R**

The Magistrate Judge issued a Report and Recommendation dated February 2, 2026, ECF No. 3, which recommends this case be dismissed *sua sponte* pursuant to 28 U.S.C. § 1406 and Rule 4 of the Rules Governing § 2254 Cases, rather than be transferred, because it is frivolous and successive. The Parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.[1]

---

[1] Petitioner filed an amended petition (ECF No. 4), but upon review that document is also frivolous for the reasons given in the Report and Recommendation.

Accordingly, it is now **ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

(2)    This case is DISMISSED under Rule 4 of the Rules Governing § 2254 Cases as frivolous and successive.

(3)    The Clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of May 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 1:26cv24-MCR-HTC